UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TODD AUGENBAUM,

           Plaintiff,

v.

ORBCOMM INC., JEROME B. EISENBERG, MARC J. EISENBERG, MARCO FUCHS, DENISE GIBSON, KAREN GOULD, TIMOTHY KELLEHER, and JOHN MAJOR,

           Defendants.

Case No. 1:21-cv-3035

*So Ordered,*

/s/(ARR)

Allyne R. Ross, J.S.D.J.
7/16/21

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Todd Augenbaum voluntarily dismisses his claims against all Defendants in the above-captioned action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 16, 2021

                                          Respectfully submitted,

                                          ABRAHAM, FRUCHTER &
                                          TWERSKY, LLP

                         By: /s/ Michael J. Klein
                                Michael J. Klein
                               One Penn Plaza, Suite 2805
                               New York, NY 10119
                               Telephone: (212) 279-5050
                               Facsimile: (212) 279-3655
                               Email: mklein@aflaw.com

                               *Attorneys for Plaintiff*